CHARLES E. FITCH, Appellant, v CITY STAMP WORKS, INC., et al., Defendants, and SIMON CONTAINER MACHINERY, INC., Respondent.—

Present—Dillon, P. J., Callahan, Pine, Balio and Davis, JJ.